**Order filed October 19, 2015**



## In The

# Eleventh Court of Appeals

_____

## No. 11-15-00169-CV

_____

## IN RE THE STATE OF TEXAS EX REL. MICHAEL MUNK

**Original Mandamus Proceeding**

### O R D E R

On July 28, 2015, this court issued an order in which we granted an emergency stay of the enforcement of the trial court's order to produce discovery in the underlying case. On October 15, 2015, we issued an opinion and judgment conditionally granting Relator's petition for writ of mandamus. On the following day, Respondent, the Honorable Carter T. Schildknecht, issued an order in compliance with the opinion and judgment of this court. Accordingly, we hereby dissolve the emergency stay entered by this court on July 28, 2015.

PER CURIAM

October 19, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.